UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　Plaintiff,<br><br>v.<br><br>REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES, AND ANY IMPROVEMENTS THEREON, LOCATED AT 614 LAKE AVENUE, ORLANDO, FL. et al.,<br><br>　　Defendants. | Case No.: 6:08-CV-670-ORL-22KRS |

## NOTICE OF ADOPTION OF GOVERNMENT'S RESPONSE TO THE ORDER TO SHOW CAUSE OF AUGUST 20, 2008

COMES NOW the claimant, Frank Amodeo, by and through the undersigned attorney, A. Brian Phillips, Esq., and hereby files his Notice of Adoption of Government's Response to the Order to Show Cause of August 20, 2008. The undersigned conferred with the Government regarding its Response to the Order to Show Cause and therefore adopts its contents.

WHEREFORE, the undersigned files the instant notice.

Respectfully submitted this 3rd day of September, 2008.

s/Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
390 North Orange Avenue
23rd Floor
Orlando, Florida 32801
Phone:　　(407) 872-0777
Facsimile:　(407) 872-0704
Counsel for Claimant Amodeo

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the CM/ECF system this 3rd day of September, 2008 to the following addressees:

Nicole M. Andrejko
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7560
Fax: (407) 648-7643
nicole.andrejko@usdoj.gov

Michael A. Paasch
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Fax: (407)423-2016
mpaasch@mateerharbert.com

David B. Smith, Esq.
English & Smith
526 King Street
Suite 213
Alexandria, Virginia 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
dsmith@englishandsmith.com

s/Brian Phillips
A. Brian Phillips, Esq.