UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES, AND ANY IMPROVEMENTS THEREON, LOCATED AT 614 LAKE AVENUE, ORLANDO, FL. et al.,<br><br>    Defendants. | Case No.: 6:08-CV-670-ORL-22KRS |

## AMENDED VERIFIED CLAIM OF FRANK AMODEO

Frank Amodeo hereby makes claim as the owner of one of the properties alleged to be subject to forfeiture in this case described as: 614 Lake Avenue, Orlando, Florida.

I declare under penalties of perjury, as provided by 28 U.S.C. § 1746, that I am the owner of the property listed above.

Respectfully submitted,

Dated: 9/26/08

_____
FRANK AMODEO

<u>s/Brian Phillips</u>
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
390 North Orange Avenue
23rd Floor
Orlando, Florida 32801
Phone: (407) 872-0777
Facsimile: (407) 872-0704
Counsel for Claimant Amodeo

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the CM/ECF system this 26th day of September, 2008 to the following addressees:

Nicole M. Andrejko
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7560
Fax: (407) 648-7643
nicole.andrejko@usdoj.gov

Michael A. Paasch
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Fax: (407)423-2016
mpaasch@mateerharbert.com

David B. Smith, Esq.
English & Smith
526 King Street
Suite 213
Alexandria, Virginia 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
dsmith@englishandsmith.com

s/Brian Phillips
A. Brian Phillips, Esq.