UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )   Case No.: 6:08-CV-670-ORL-22KRS<br>) |
| REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES, AND ANY IMPROVEMENTS THEREON, LOCATED AT 614 LAKE AVENUE, ORLANDO, FL. et al., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### CLAIMANT FRANK AMODEO COUNSEL'S MOTION TO WITHDRAW

COMES NOW, the claimant's counsel, A. Brian Phillips, Esq. [hereinafter "Mr. Phillips"], pursuant to Local Rule 2.03(b), and hereby moves this court to permit his withdrawal as counsel for the claimant, Frank Amodeo, in this matter. In support hereof, there is attached hereto and incorporated herein by this reference, the following Memorandum of Law.

### MEMORANDUM OF LAW

#### I.   Withdrawal of Counsel

Local Rule 2.03(b) permits the withdrawal of an attorney who has made a general appearance as counsel only by "written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel." In accordance with this rule, a copy of this motion will be submitted to both Frank Amodeo and counsel for the United States. This motion will be submitted to the client's last known address which is:

2875 South Orange Avenue
Suite 500
PMB 1810
Orlando, Florida 32806

Under the Florida Rules of Professional Conduct, an attorney is permitted to terminate representation of a client and withdraw in multiple circumstances. <u>Rules Regulating the Florida Bar</u> 4-1.16(b). One such circumstance is where the client "fails substantially to fulfill an obligation to the lawyer" regarding the services of the attorney and the client has been given reasonable warning of the potential withdrawal due to the failure. <u>Id</u>. at 4-1.16(b)(4). Another circumstance occurs where an "unreasonable financial burden" is imposed by and will result from the representation of the client. <u>Id</u>. at 4-1.16(b)(5). Likewise, withdrawal is allowed where it can be accomplished without the interests of the client being affected in a materially adverse fashion. <u>Id</u>. at 4-1.16(b)(1).

In the instant matter, all of the circumstances specified above exist. The client has failed to communicate and cooperate with Mr. Phillips in the manner required for competent and unfettered representation of the matter at hand. To numerous requests, the client has not responded. This has prevented counsel from fulfilling his obligations both as the attorney for the claimant and as an officer of the court. Additionally, claimant, Frank Amodeo, has not complied with his contractual obligations regarding his fee agreement with counsel. This failure has resulted in an unreasonable financial burden upon counsel.

WHEREFORE, the movant prays this honorable court to grant his motion to withdraw as counsel for the claimant.

Respectfully submitted this 13th day of February, 2009.

s/Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
390 North Orange Avenue
23rd Floor
Orlando, Florida 32801
Phone:     (407) 872-0777
Facsimile:  (407) 872-0704
Counsel for Claimant Amodeo

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the CM/ECF system this 13th day of February, 2009 to the following addressees:

Nicole M. Andrejko
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7560
Fax: (407) 648-7643
nicole.andrejko@usdoj.gov

Michael A. Paasch
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Fax: (407)423-2016
mpaasch@mateerharbert.com

David B. Smith, Esq.
English & Smith
526 King Street
Suite 213
Alexandria, Virginia 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
dsmith@englishandsmith.com

s/Brian Phillips
A. Brian Phillips, Esq.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first class United States Mail, postage prepaid, this 13th day of February, 2009 to the following addressee:

Frank Amodeo
2875 South Orange Avenue
Suite 500
PMB 1810
Orlando, Florida 32806

s/Brian Phillips
A. Brian Phillips, Esq.