UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 6:08-CV-670-ORL-22KRS |
| REAL PROPERTY, INCLUDING ANY BUILDINGS, APPURTENANCES, AND ANY IMPROVEMENTS THEREON, LOCATED AT 614 LAKE AVENUE, ORLANDO, FL. et al., | ) |
| Defendants. | ) |

**NOTICE OF FILING**
**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 3.01(g)**

COMES NOW, the claimant's counsel, A. Brian Phillips, Esq., pursuant to Local Rule 3.01(g), and hereby files his Certificate of Conferral with regard to his previous Motion to Withdraw.

Respectfully submitted this 26th day of February, 2009.

s/Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
390 North Orange Avenue
23rd Floor
Orlando, Florida 32801
Phone:      (407) 872-0777
Facsimile:  (407) 872-0704
Counsel for Claimant Amodeo

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with counsel for the United States and is informed that the United States has no objection to the relief sought in the previously filed Motion to Withdraw.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the CM/ECF system this 26th day of February, 2009 to the following addressees:

Nicole M. Andrejko
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7560
Fax: (407) 648-7643
nicole.andrejko@usdoj.gov

Michael A. Paasch
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Fax: (407)423-2016
mpaasch@mateerharbert.com

David B. Smith, Esq.
English & Smith
526 King Street
Suite 213
Alexandria, Virginia 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
dsmith@englishandsmith.com

s/Brian Phillips
A. Brian Phillips, Esq.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first class United States Mail, postage prepaid, this 26th day of February, 2009 to the following addressee:

Frank Amodeo
2875 South Orange Avenue
Suite 500
PMB 1810
Orlando, Florida 32806

s/Brian Phillips
A. Brian Phillips, Esq.