UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 6:08-cv-00670-Orl-35KRS

ASSETS DESCRIBED IN "ATTACHMENT A"
TO THE SECOND AMENDED VERIFIED
COMPLAINT FOR FORFEITURE IN REM,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Dismiss Second Amended Complaint. (Dkt. 108.) Plaintiff seeks to dismiss this action because the forfeiture of the assets at issue in this case has already been resolved in case no. 6:08-cr-176-Orl-28GJK. Therefore, it is hereby

**ORDERED** that Plaintiff's Motion to Dismiss Second Amended Complaint (Dkt. 108) is **GRANTED**. The **Clerk** is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida, on this 11th day of August 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Party